CORKER *v.* NEELY.

FISH, C. J. The assignments of error upon the excerpts from the charge are not meritorious. In view of the charge given, it was not error to refuse the requested instructions. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

SEPTEMBER 26, 1912.

Processioning. Before Judge Hammond. Burke superior court. June 23, 1911.

*F. S. Burney* and *C. B. Garlick,* for plaintiff in error.

*H. J. Fullbright,* contra.